AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Jeremy BEILHARZ | ) Case No. 2:22-mj-810 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January to April, 2019__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841 | Conspiracy to manufacture, distribute, dispense, or possess with intent to manufacture, dispense, or possess a schedule III controlled substance, anabolic steroids. |

This criminal complaint is based on these facts:
SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mohamed Sabrah, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/27/2022

_____
Chelsey M. Vascura
United States Magistrate Judge
Judge's signature

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate
Printed name and title

M.H
12/20/22

ATTACHMENT TO CRIMINAL COMPLAINT AGAINST
Jeremy BEILHARZ:

## Introduction and Background

1. I Mohamed A. Sabrah, having been first duly sworn, hereby state under oath the following:

2. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), assigned to the Columbus, Ohio Domicile. I have been a US Postal Inspector for the past 6 years, enforcing federal mail and drug laws. I have received training at USPIS National Training Academy and was instructed in all phases of criminal investigation to include: criminal law, search and seizure, firearms proficiency, drug and narcotics identification, drug and narcotics field testing, interviewing, and evidence collection. Your affiant has also attended an additional 40 hour prohibited mailing training by the U.S. Postal Inspection Service focusing on investigations in which the United States Mail is utilized to facilitate drug trafficking operations.

3. The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts and witnesses. This affidavit is intended to show merely that there is sufficient probable cause of a violation of Title 21, United States Code, Sections 846 for the requested warrant and does not set forth all my knowledge about this matter.

## Facts of the Case

4. This investigation began in January 2019, the United States Postal Inspection Service (USPIS), Drug Enforcement Agency (DEA), Homeland Security Investigations (HSI), and Internal Revenue Investigations (IRS) began a joint investigation of targets suspected of steroid manufacturing and distribution.

5. Investigators identified a target living in Columbus, Ohio who sent and received large quantities of packages. Seized packages showed the packages contained steroids, and laboratory grade equipment used to manufacture steroids.

6. On April 9th, 2019, Investigators were able to obtain a search warrant for 279 S. Monroe Ave., Columbus, Ohio 43205, the target's place of residence who had been sending and receiving the packages. The target at this place of residence was identified as Jeremy BEILHARZ. Investigators seized approximately 58 kilograms of steroids, packaging equipment, cellular telephones, and computers during the search.

## Probable Cause

7. On or about January 2019, through postal records, law enforcement officers were able to identify a possible drug parcel recipient by the name of "Quintessentials". Deliveries were being made to the UPS store located at 1491 Polaris PKWY STE 219 Columbus, OH. Law Enforcement were able to identify a high volume of parcels from many states mainly FL, CT, and MD. The sender business names identified at the start of the investigation were, "ArtExpress", "Soap's Up", "Locolotion", "Vintage Craft", "Artisian Design", "Treehouse Design", "Nuthouse Soapz", "Amelange", and "GrBizz". Law enforcement checks on the various return names and addresses, were negative. On or about January 28, 2019, law enforcement officers went to the Polaris location UPS store and retrieved the box application for box 219. The application revealed that the box was opened by Christine N. Rahimy. Rahimy had the box under the business name of Quintessentials.

8. On or about February 19, 2019, UPS store management notified law enforcement that a person by the name of Jeremy BEILHARZ, has been authorized by the original box owner, Rahimy, to receive parcels going to box 219. UPS Store management added that the vehicle driven by BEILHARZ was a greyish Ford, four-door, short bed pick up. On the same day, law enforcement officers conducted surveillance of the Polaris location UPS store. At approximately, 4:50 PM, a silver Ford Sport Trac pick-up truck with OH tags DEE9966, parked in the UPS store parking lot. The vehicle came back registered to Scott E. Cochran, address 279 S. Monroe Ave, Columbus, OH. The occupant of the vehicle, who did not appear to be Cochran, was observed going into the UPS store and coming out with a parcel. Officers followed the vehicle to 279 Monroe Ave. Columbus, OH.

9. Law enforcement database checks on BEILHARZ confirmed that he was the person driving the Ford Sport Trac pick-up truck and revealed prior criminal history charges for possession or attempted possession of: Opium or Derivatives, Cocaine, Oxycodone, Synthetic Cannabinoids, Anabolic Steroids, Alprazolam, narcotic equipment, and drug paraphernalia.

10. Between the months of January and April 2019, law enforcement officers seized approximately four parcels suspected to be to or from BEILHARZ. All parcels resulted in the seizure of steroid drugs, drug paraphernalia, or laboratory equipment.

11. On April 9th, 2019, Law enforcement officers executed search warrant 2:19-mj-273, from the Southern District of Ohio, on 279 S. Monroe Ave., Columbus, Ohio 43205, BEILHARZ's residence. Investigators seized approximately 58 kilograms of steroids, packaging equipment, cellular telephones, and computers during the search.

4. BEILHARZ was read his Miranda rights and decided to waive his rights and speak with law enforcement officers. He confessed to his role of manufacturing steroids for a steroid Drug Trafficking Organization (DTO). BEILHARZ also gave law enforcement officers consent to search his cell phone and email accounts.

5. Review of BEILHARZ's email addresses jackdupree@protonmail.com and jackdupree@tutanota.com revealed several communications with him and other members of the DTO discussing shipments, equipment, orders, branding, etc.

## Conclusion

22. Based on the facts presented above, this affiant believes there is probable cause to show Jeremy BEILHARZ, conspired to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance in violation of Title 21, United States Code, Section 846.

_____
Mohamed A. Sabrah, U.S. Postal Inspector

Sworn to before me and subscribed in my presence this 27th day of December, 2022.

Chelsey M. Vascura
United States Magistrate Judge

3 | P a g e